**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Artemio Vargas LOPEZ, a.k.a. Artemio Lopez Vargas, Defendant-Appellant.**

**No. 15-50299**

United States Court of Appeals,
Ninth Circuit.

Submitted November 4, 2016 \*

Filed November 08, 2016

Jean-Claude Andre, Assistant U.S. Attorney, Rosalind Wang, Assistant U.S. Attorney, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff-Appellee

Artemio Vargas Lopez, Pro Se

*See* Fed. R. App. P. 34(a)(2).

Before: HUG, FARRIS, and CANBY, Circuit Judges.

### MEMORANDUM **

Artemio Vargas Lopez appeals from the district court's judgment and challenges his conviction and 41-month sentence for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Lopez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Lopez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).